In the Matter of the Claim of CHARLES MILLER, Respondent, against SYMINGTON GOULD CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD,

Respondent.— Appeal from an award for disability due to tuberculous tenosynovitis, an occupational disease. The evidence, aided by the presumption embodied in section 47 of the Workmen's Compensation Law, sustains the finding of the board. Award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ.